UNITED STATES DISTRICT COURT FOR THE 2010 JAN 15  AM 8:48

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Information No. **CR410- 14** |
| | ) | |
| v. | ) | VIO: 18 U.S.C. 641 |
| | ) |      18 U.S.C. 1382 |
| **CHESTER L. MORGAN** | ) |      Theft of Government |
| | ) |      Property |
| | ) |      Criminal Trespassing |

<u>COUNTS ONE TO TEN</u>

THE UNITED STATES ATTORNEY CHARGES:

That between August 4th, 2009 and August 21st, 2009, on Fort Stewart Military Reservation, land under the exclusive jurisdiction of the United States and located in the Southern District of Georgia,

**CHESTER L. MORGAN**

did knowingly and willfully steal and convert to his own use with the intent to deprive the United States of the use and benefit thereof:

| Count | Date | Item(s) Taken | Location | Amount |
|---|---|---|---|---|
| 1 | 08/04/09 | (1) 1.75L bottle, Crown Royal whiskey | Brigade Troop Store, Bldg. 706 | $52.00 |
| 2 | 08/05/09 | (1) 1.75L bottle, Crown Royal whiskey | Brigade Troop Store, Bldg. 706 | $52.00 |
| 3 | 08/06/09 | (2) 750mL bottles, Patron tequila | Brigade Troop Store, Bldg. 706 | $76.00 |
| 4 | 08/07/09 | (1) 1.75L bottle, Crown Royal whiskey | Brigade Troop Store, Bldg. 706 | $52.00 |
| 5 | 08/12/09 | (2) 750mL bottles, Patron tequila; (1) 1.75L bottle, Hennesey cognac | Main Shoppette, Bldg. 417 | $142.05 |

| 6 | 08/16/09 | (2) 750mL bottles, Patron tequila | Main Shoppette, Bldg. 417 | $76.00 |
|---|---|---|---|---|
| 7 | 08/16/09 | (2) 750mL bottles, Patron tequila | Victory Shoppette, Bldg. 939 | $76.00 |
| 8 | 08/17/09 | (2) 750mL bottles, Crown Royal whiskey | Bryan Village Shoppette, Bldg. 7336 | $52.00 |
| 9 | 08/20/09 | (1) 3.75mL bottles, Crown Royal whiskey | Bryan Village Shoppette, Bldg. 7336 | $18.00 |
| 10 | 08/21/09 | (1) 750mL bottle, Patron tequila; (1) 750mL bottle, Nuvo sparkling vodka | Victory Shoppette, Bldg. 939 | $44.95 |

property of the Army and Air Force Exchange Service, all done in violation of Title 18, United States Code, Section 641.

## COUNTS ELEVEN TO TWENTY

THE UNITED STATES ATTORNEY FURTHER CHARGES:

That on the dates identified in Counts One to Ten of this Information, on Fort Stewart Military Reservation, land under the exclusive jurisdiction of the United States and located in the Southern District of Georgia,

## CHESTER L. MORGAN

did unlawfully enter Fort Stewart Military Reservation after being barred from doing so by the Installation Commander, in violation of Fort Stewart regulations, and in violation of Title 18 United States Code, Section 1382.

Assistant U.S. Attorney

EDWARD J. TARVER
UNITED STATES ATTORNEY

Bernerd L. Jacobson
Special Assistant U.S. Attorney
Missouri Bar 60160